UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARENCE DAVIS,<br><br>                Plaintiff,<br>   v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>                Defendants. | CASE NO. 2:25-CV-00630-LK-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: **June 13, 2025** |

Plaintiff Clarence Davis, proceeding *pro se,* initiated this action on April 7, 2025, by filing a proposed prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff did not pay the $405.00 filing fee at that time, nor did he file an application to proceed *in forma pauperis* ("IFP"). *See docket.* The Clerk of Court notified Plaintiff of these filing deficiencies and informed him that failure to pay the filing fee or submit a complete IFP application by May 12, 2025, may result in dismissal of his case. Dkt. 4. The Clerk of Court also provided Plaintiff with the appropriate forms for filing an IFP application. *Id.*

The deadline to pay the filing fee or apply to proceed IFP has elapsed with nothing received from Plaintiff. *See docket.* Accordingly, the undersigned recommends this action be dismissed without prejudice for failure to cure filing deficiencies.

REPORT AND RECOMMENDATION - 1

1       Objections to this Report and Recommendation, if any, should be filed with the Clerk not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 13, 2025**.

      Dated this 29th day of May, 2025.

/s/ David W. Christel

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2